No. 11–9810.   SIMMONS v. BRAVERMAN.   Ct. App. Mich.   Motion of petitioner for leave to proceed *in forma pauperis* de

nied. Petitioner is allowed until July 9, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.